UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| GEORGE WILLARD JONES, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3: 08-38-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN MOTLEY, Warden, Eastern | ) | **JUDGMENT** |
| Kentucky Correctional Complex, | ) | |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.  Judgment is entered in favor of Respondent, John Motley, Warden of the Eastern Kentucky Correctional Complex, with respect to the claims contained in the petition for habeas corpus relief filed by Petitioner George Willard Jones [Record No. 1].

2.  The Petition for habeas corpus relief is **DISMISSED**, with prejudice.

3.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 10th day of September, 2009.



-1-